UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Societe Pour Loeuvre Et La Memoire Dantoine De Saint Exupery − Succession De Saint Exupery−Dagay

Plaintiff,

v.

Case No.: 1:25−cv−05917

Honorable Sara L. Ellis

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for entry of default and for default judgment [47]. The Court finds Defendants identified in Amended Schedule A in default and enters default judgment in favor of Plaintiff and against Defendants. Case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.